**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 4

| | |
|---|---|
| UNITED STATES,<br>                  Plaintiff,<br><br>              v.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br>                  Defendant. | **COURT NO. 10-00002**<br><br>**S U M M O N S** |

TO:   American Home Assurance Company
      70 Pine Street
      New York, New York 10270

    You are hereby summoned and required to serve upon plaintiff's attorney, whose name and address are set out below, an answer to the complaint dated January 8, 2010, which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

    L. S.                                     _____
                                                                      Clerk of the Court

> *Barbara S. Williams, Atty in Charge*
> *International Trade Field Office*
> *U.S. Dept. of Justice, Civil Division*
> *26 Federal Plaza, Room 346*
> *New York, New York 10278*
> *Tel. No. (212) 264-9230, 0483*
>
> *By:  Beverly A. Farrell*

                                                  Name, Address and Telephone Number
                                                  of Plaintiff's Attorney

 /s/ Beverly A. Farrell
Signature of Plaintiff's Attorney
Dated:  New York, New York
       This 8th day of January, 2010